

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00590-CV

**IN RE** Bryan **WEYNAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

Delivered and Filed: August 20, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On August 15, 2014, relator Bryan Weynand filed a petition for writ of mandamus and a motion for immediate temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for immediate temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-08-21999-CV, styled *Bryan Weynand v. Capital Performance Co., Inc. f/k/a Van's Development Co., Inc.; David Robinette; Shu Robinette; Roy Langhoff; Cheri Haby d/b/a Haby Realty; Beneficial Home Inspections; Glen Warren Daniel; and Bradfield Properties, Inc.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable Thomas F. Lee presiding.